JUDGE OF PROBATE *v.* COUCH *& a.*

An administrator is not liable upon his bond for neglect to pay a claim against an estate administered as insolvent, before the probate court has accepted the commissioner's report allowing the claim and made a decree for distribution, notwithstanding the administrator has admitted the validity of the claim and promised to pay it.

DEBT, on an administrator's bond.   This is the same case as *Judge of Probate* v. *Couch, ante* 39.   The plaintiff amended his replica-

tion, alleging that the estate was administered as insolvent; that one half the claim of Adams, plaintiff in interest, was allowed by the commissioner; that the administrator undertook to settle and pay the claims against the estate without the acceptance of the commissioner's report; and that, after the report was made and filed, and before the commencement of this suit, the administrator admitted the whole claim of Adams, and promised to pay it.

*Stickney* and *Hatch*, for the plaintiff.

*Bartlett* and *Wiggin & Fernald*, for the defendants.

BINGHAM, J.   We have two methods of settling estates of deceased persons, the solvent and the insolvent.   By the solvent course, debts due the estate and claims against it are settled by the administrator, or, if they are disputable, they are adjudicated in actions brought by or against him.   And it is unnecessary that a claim be established by a judgment to enable a creditor to sue the administrator on his bond if the claim is not disputable and the administrator admits its validity, but unduly neglects or refuses to pay it.   In such case the idle and expensive ceremony of procuring a judgment is not required.   G. L., c. 198; *Judge of Probate* v. *Briggs*, 5 N. H. 66, 70, 71; *Judge of Probate* v. *Locke*, 6 N. H. 396; *Judge of Probate* v. *Adams*, 49 N. H. 150, 153.   In the settlement of an estate in the insolvent course, the administrator cannot adjust claims against it, and no action can be commenced or prosecuted against him.   But all claims are examined by commissioners appointed for that purpose, and, until their report has been accepted and decree made for distribution, the administrator has no authority to pay any claims against the estate.   G. L. c. 198, s. 8; *Probate Court* v. *VanDuzer*, 13 Vt. 135; *Judge of Probate* v. *Adams, supra.*   The replication is insufficient.

*Case discharged.*

CLARK and STANLEY, JJ., did not sit: the others concurred.